FILED

Jul 07 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JYOTHI VALLURUPALLI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES, et al., <br><br> Defendants. | C 20-00311 NC <br><br> **PARTIES' STIPULATION TO DISMISS** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiffs' I-526 petitions.

///

///

///

Stipulation to Dismiss
C 20-00311 NC                      1

1  Each of the parties shall bear their own costs and fees.

2  Dated: July 7, 2020                    Respectfully submitted,

3                                         DAVID L. ANDERSON
                                          United States Attorney

5                                         _____/s/_____
                                          SARA WINSLOW
6                                         Assistant United States Attorney
                                          Attorneys for Defendants

8  Dated: July 7, 2020

9                                         _____/s/_____
                                          MARTIN J. LAWLER
10                                        Attorney for Plaintiffs

12                          **ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

15  Dated: July 7, 2020

16                                        _____
                                          NATHANAEL M. COUSINS
17                                        United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

Stipulation to Dismiss
C 20-00311 NC                             2